**Dismissed and Memorandum Opinion filed January 10, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00912-CV

---

## SHARON CAMPBELL, Appellant

## V.

## DEBBIE BERG, Appellee

---

**On Appeal from County Court at Law No. 1
Jefferson County, Texas
Trial Court Cause No. 120637**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed August 28, 2012. No clerk's record has been filed. On November 26, 2012, appellant's challenge to the trial court's order sustaining the contests to her affidavit of indigence was denied. *See* Tex. R. App. P. 20.1(j).

On November 26, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless appellant

paid or made arrangements to pay for the record and provided this court with proof of payment, on or before December 11, 2012. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Jamison, and McCally.